UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-2995 (EGS) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 23, 2020, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice ("Defendant"), by and through their respective counsel, submits this Joint Status Report to the Court.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon the Defendant seeking text messages sent from January 1, 2015 to December 31, 2015 between FBI Deputy Director Andrew McCabe and Lisa Page, Jennifer Leonard, Peter Strzok, and/or Lisa Monaco. ECF No. 1.

2. Defendant filed an Answer to Plaintiff's Complaint on November 30, 2020. ECF No. 9.

3. In the prior Joint Status Report, the parties informed the Court that the Defendant had begun its search for responsive records, but did not yet have a page count.

4. The parties further informed the Court that due to a recent spike in positive COVID-19 cases, the FBI Record/Information Dissemination Section ("RIDS") had to temporarily reduce its staff by at least 50% to comply with the Center for Disease Control

("CDC") COVID-19 work-place guidelines and to protect its employees, their families, and communities.

5.  Finally, the parties informed the Court that the parties do not anticipate the need for an Open America Stay or for a referral to a magistrate judge or the District Court Mediation Program at this time, and that the parties suggested that they wait until the processing of records is complete and the parties have made attempts to address any issues that may arise before informing the Court if a Vaughn Index and schedule for dispositive motions will be necessary.

6.  Since the last Joint Status Report, RIDS has completed its search for responsive records.  Due to the continued work disruptions caused by the COVID-19 pandemic and the resulting reduction of in-person staff of approximately 50%,[1] as well as the fact that all responsive material will undergo multiple layers of internal review prior to release, Defendant anticipates that it will complete its review and will issue a final production of non-exempt information on or before March 17, 2021.

7.  The parties will continue to confer, in good faith, regarding the production of responsive, non-exempt documents, and propose to file a further joint status report by Monday, March 22, 2021.

---

[1] Because the records system used by RIDS for conducting FOIA searches is on a classified system and requires actual presence of an employee in the RIDS office, this reduction in staffing has significantly affected the ability to obtain this information for the Court in a timely manner. RIDS management is continually monitoring the situation and will adjust its operations accordingly to ensure continuity of FOIA operations, while protecting the health and safety of its employees, family, and their communities.

February 1, 2021                                Respectfully submitted,

                                             MICHAEL R. SHERWIN
                                             Acting United States Attorney

                                             BRIAN HUDAK
                                             Acting Chief, Civil Division


                                     By:   /s/ *Darrell C. Valdez*
                                             DARRELL C. VALDEZ, D.C. Bar #420232
                                             Assistant United States Attorney
                                             555 4th Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 252-2507
                                             Darrell.Valdez@usdoj.gov

                                             *Counsel for Defendant*



                                             */s/ Michael Bekesha*
                                             MICHAEL BEKESHA, D.C. Bar # 995749
                                             JUDICIAL WATCH, INC.
                                             425 Third Street S.W., Suite 800
                                             Washington, DC 20024
                                             (202) 646-5172
                                             MBekesha@JUDICIALWATCH.org

                                             *Counsel for Plaintiff*