UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 20-2995 (EGS) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 23, 2020, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice ("Defendant"), by and through their respective counsel, submits this Joint Status Report to the Court.

1.At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon the Defendant seeking text messages sent from January 1, 2015 to December 31, 2015 between FBI Deputy Director Andrew McCabe and Lisa Page, Jennifer Leonard, Peter Strzok, and/or Lisa Monaco. ECF No. 1.

2.In the prior Joint Status Report, the parties informed the Court that the FBI Record/Information Dissemination Section ("RIDS") had completed its search for responsive records, and that RIDS anticipated that it would complete its multilevel review and would issue a final production of non-exempt information on or before March 17, 2021.

3.The Defendant informs the Court that the Defendant made a final response to Plaintiff's FOIA request on March 17, 2021.

4. The parties request that the Court allow the parties time to confer, in good faith, regarding the production of documents, and propose to file a further joint status report by Monday, May 3, 2021.

March 22, 2021                                            Respectfully submitted,

                                                          CHANNING D. PHILLIPS
                                                          Acting United States Attorney

                                                          BRIAN HUDAK
                                                          Acting Chief, Civil Division


                                                   By:    /s/ *Darrell C. Valdez*
                                                          DARRELL C. VALDEZ, D.C. Bar #420232
                                                          Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, D.C. 20530
                                                          (202) 252-2507
                                                          Darrell.Valdez@usdoj.gov

                                                          *Counsel for Defendant*



                                                           /s/ *Michael Bekesha*
                                                          MICHAEL BEKESHA, D.C. Bar # 995749
                                                          JUDICIAL WATCH, INC.
                                                          425 Third Street S.W., Suite 800
                                                          Washington, DC 20024
                                                          (202) 646-5172
                                                          MBekesha@JUDICIALWATCH.org

                                                          *Counsel for Plaintiff*