UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 20-2995 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated March 22, 2021, Plaintiff Judicial Watch, Inc. ("Plaintiff") and Defendant U.S. Department of Justice ("Defendant"), by and through their respective counsel, submits this Joint Status Report to the Court.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is a FOIA request served by Plaintiff upon the Defendant seeking text messages sent from January 1, 2015 to December 31, 2015 between FBI Deputy Director Andrew McCabe and Lisa Page, Jennifer Leonard, Peter Strzok, and/or Lisa Monaco. ECF No. 1.

2. In the prior Joint Status Report, the parties informed the Court that the FBI Record/Information Dissemination Section ("RIDS") had completed its search for responsive records, and made a final response to Plaintiff's FOIA request on March 17, 2021.

3. The parties have conferred and Plaintiff has informed Defendant that it intends to challenge the application of Exemptions 6 and 7(C) to identities redacted from the FBI's response.

4. The parties propose the following dates for filing dispositive motions:

Defendant shall file its Motion for Summary Judgment on or before June 14, 2021;

Plaintiff shall file its Opposition and any Cross-Motion for Summary Judgment, if any, on or before July 14, 2021;

Defendant shall file its Reply/Cross-Opposition on or before July 30, 2021; and

Plaintiff shall file its Cross-Reply on or before August 13, 2021.

May 3, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

BRIAN HUDAK
Acting Chief, Civil Division

By: /s/ *Darrell C. Valdez*
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2507
Darrell.Valdez@usdoj.gov

*Counsel for Defendant*

/s/ *Michael Bekesha*
MICHAEL BEKESHA, D.C. Bar # 995749
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
MBekesha@JUDICIALWATCH.org

*Counsel for Plaintiff*